# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **CHEP USA and CHEP Technology Pty Limited,**<br><br>     **Plaintiffs,**<br><br>v.<br><br>**Alliance Automation, LLC,**<br><br>     **Defendant.** | Civil Action No. |

## CHEP USA AND CHEP TECHNOLOGY PTY LIMITED'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐    No.

    ☒    Yes, and

          ☒    These parent corporations and publicly held corporations own 10% or more of the filer's shares:

    - Brambles North America Inc. and Brambles Industries LLC as to Plaintiff CHEP USA.
    - Brambles Limited as to Plaintiff CHEP Technology Pty Limited

          ☐    The filer has no parent corporation.

          ☐    No publicly held corporation owns 10% or more of the filer's shares.

2.  Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☐   No.

    ☒   Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

    Plaintiff CHEP USA is a New York partnership with a principal place of business in the State of Georgia. The partners of CHEP USA are Brambles North America Incorporated and Brambles Industries, LLC. Brambles North America Incorporated is a Delaware Corporation with its principal office in the State of Georgia. Brambles Industries, LLC is a Delaware LLC with its principal office in the State of Georgia. The sole member of Brambles Industries, LLC is Brambles North America Incorporated, a Delaware Corporation with its principal office in the State of Georgia. CHEP USA is thus a citizen of the State of Delaware and a citizen of the State of Georgia for purposes of 28 U.S.C. § 1332(a).

    Plaintiff CHEP Technology Pty Limited is a company organized and existing under the laws of Australia with a principal place of business in Australia.

    a.  Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

        ☐   No.

      ☒    Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

      ☒    No.

      ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

      ☒    No.

      ☐    Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

      ☒    No.

      ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

      ☐    No.

      ☒    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f. Has the filer identified any natural person?

      ☒    No.

   ☐ Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

  ☒ No.

  ☐ Yes. These additional persons and entities have or might have an interest in the outcome of the action: [].

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

  ☒ No.

  ☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

  ☒ No.

  ☐ Yes, and the debtor is [].

  ☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

  ☒ No.

  ☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

    ☒   No.

    ☐   Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒   Yes.

Dated: April 29, 2025    Respectfully submitted,

By: /s/ *Robert D. Gravois*

Robert D. Gravois
FL Bar No. 1040278
PERILLA KNOX & HILDEBRANDT LLP
1200 N. Federal Highway, Suite 300
Boca Raton, FL 33432
Telephone: (770) 927-7802
Facsimile: (877) 389-6779
r.gravois@pkhip.com

Scott P. Amy
*Pro Hac Vice Forthcoming*
Ga. Bar No. 141416
Joseph W. Staley
*Pro Hac Vice Forthcoming*
Ga. Bar No. 142571
PERILLA KNOX & HILDEBRANDT LLP
5871 Glenridge Drive, Suite 350
Atlanta, GA 30328
Telephone: (770) 927-7802
Facsimile: (877) 389-6779
s.amy@pkhip.com
j.staley@pkhip.com

***ATTORNEYS FOR PLAINTIFFS
CHEP USA AND CHEP TECHNOLOGY
PTY LIMITED***