UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHEP USA; and CHEP TECHNOLOGY PTY LIMITED,

Plaintiffs,

vs.

ALLIANCE AUTOMATION, LLC,

Defendant.

Case No. 6:25-cv-752-AGM-RMN

## ORDER TO SHOW CAUSE

This matter is before the Court without oral argument upon *sua sponte* review of the docket. On September 19, and November 11, 2025, this Court granted Ashley N. Finger's and Gabriel K. Bell's motions to appear *pro hac vice*, and in granting those motions specifically required all counsel to register for a CM/ECF account. *See* Dkts. 38 (Order directing Ms. Finger); 56 (Order directing Mr. Bell). Despite direct orders directing counsel to register for CM/ECF, both have failed to do so.

Accordingly, counsel Ashley N. Finger and Gabriel K. Bell are **ORDERED TO SHOW CAUSE** why their *pro hac vice* status should

not be revoked for failure to register for CM/ECF. Written responses of no more than 5 pages, inclusive of all parts, shall be filed on or before January 20, 2026.

**DONE** and **ORDERED** in Orlando, Florida, on January 13, 2026.

ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record