**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **CHEP USA and CHEP TECHNOLOGY PTY LIMITED,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**ALLIANCE AUTOMATION LLC,**<br><br>**Defendant.** | **Case No. 6:25-cv-00752-AGM-RMN** |

**RESPONSE TO ORDER TO SHOW CAUSE**

Counsel for Defendant Gabriel K. Bell and Ashley N. Finger (collectively, "Counsel") hereby respond to the Court's Order to Show Cause (Dkt. 64) and respectfully request that their respective *pro hac vice* status not be revoked.

Upon receipt of the Court's grant of Counsel's motions for admission *pro hac vice*, Counsel worked with internal staff to submit CM/ECF registration requests. Following those submissions, Counsel (1) did not receive an indication that the submission had been rejected and (2) did continue to receive notices of electronic filings in this case. Counsel therefore believed in good faith that they had successfully registered for CM/ECF as ordered by the Court in docket entries 38 and 56.

Counsel have now re-submitted their CM/ECF registration requests and have received confirmation that those requests were "Processed" in full and accepted

(attached hereto as Exhibits A and B). Counsel apologizes to the Court for any inconvenience in relation to these submissions.

Dated: January 16, 2026

Respectfully submitted,

*/s/Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 827029
Primary: mgoldberg@lashgoldberg.com
Secondary: rdiaz@lashgoldberg.com

**LASHGOLDBERG**
LASH GOLDBERG FINEBERG LLP
Miami Tower, Suite 1200
100 S.E. 2nd Street
Miami, FL 33131
Tel: (305) 347-4040
Fax: (305) 347-4050

OF COUNSEL:

Jeff Homrig (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
(214) 746-7700
jeff.homrig@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
(202) 682-7000
rachel.cohen@weil.com

Gabriel K. Bell (*pro hac vice*)
Ashley N. Finger (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304

(202) 637-2200
gabriel.bell@lw.com
ashley.finger@lw.com

*Attorneys for Defendant Alliance Automation LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed on January 16, 2026 using the Court's CM/ECF system, which will send notice to all counsel of record.

By: */s/ Martin B. Goldberg*
MARTIN B. GOLDBERG