# EXHIBIT A

## Finger, Ashley (DC)

**From:** Bell, Gabriel (DC)
**Sent:** Tuesday, January 13, 2026 7:53 PM
**To:** Finger, Ashley (DC)
**Subject:** FW: NextGen CM/ECF Registration Status

---

**From:** do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
**Date:** Tuesday, Jan 13, 2026 at 11:40 AM
**To:** Bell, Gabriel (DC) <Gabriel.Bell@lw.com>
**Subject:** NextGen CM/ECF Registration Status

This email is notification that your NextGen CM/ECF electronic filing registration has been processed. You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://pacer.psc.uscourts.gov/pscof/manage/efileStatus.jsf.

Account Number: 4399983
Court: FLORIDA MIDDLE DISTRICT COURT
Date/Time Submitted: 01/13/2026 10:28:00 CST
Transaction ID: 90843
Request: Registration
Transaction Status: Processed

NOTE: Please do not reply to this message. This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to Attorney_Admissions_Orl@flmd.uscourts.gov.