# EXHIBIT B

**Finger, Ashley (DC)**

---

**From:** do_not_reply@psc.uscourts.gov
**Sent:** Tuesday, January 13, 2026 11:32 AM
**To:** Finger, Ashley (DC)
**Subject:** NextGen CM/ECF Registration Status

This email is notification that your NextGen CM/ECF electronic filing registration has been processed. You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://pacer.psc.uscourts.gov/pscof/manage/efileStatus.jsf.

Account Number: 6409512
Court: FLORIDA MIDDLE DISTRICT COURT
Date/Time Submitted: 01/13/2026 10:16:50 CST
Transaction ID: 90842
Request: Registration
Transaction Status: Processed

NOTE: Please do not reply to this message. This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to Attorney_Admissions_Orl@flmd.uscourts.gov.